**Opinion filed August 28, 2009**



# In The

# Eleventh Court of Appeals

_____

## No. 11-09-00111-CV

_____

## TOMMY VAN SMITH, Appellant

## V.

## SHEILA VAN SMITH, Appellee

**On Appeal from the 211th District Court**

**Denton County, Texas**

**Trial Court Cause No. 2003-30466-211**

## M E M O R A N D U M   O P I N I O N

Tommy Van Smith has filed in this court a motion to dismiss his appeal. The motion is unopposed. The motion is granted, and the appeal is dismissed.

PER CURIAM

August 28, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.